# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-1258

_____

|  |  |  |
|---|---|---|
| Dorothy D. Davis, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Robert Nichols, Individually, and in | * | |
| his capacity as Director; Charlene | * | Appeal from the United States |
| Davis, Individually, and in her | * | District Court for the |
| capacity as Director; Thomas J. | * | Western District of Missouri. |
| Walsh, Chairman; Sharon K. Spence, | * | |
| Secretary; William C. Alumbaugh, | * | [UNPUBLISHED] |
| Member; Roxana Hauser, Member; | * | |
| Jackson County Board of Election | * | |
| Commissioners; Jackson County | * | |
| Election Board, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 15, 2000
Filed: October 11, 2000

_____

Before BOWMAN, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

Dorothy Davis brought a § 1983 action and a related state action under Missouri law against the Jackson County Board of Election Commissioners and various other

parties. Ms. Davis claimed that she was constructively discharged in retaliation for engaging in speech protected by the First Amendment. The District Court[1] granted summary judgment for all defendants.

We have reviewed the order of the District Court and conclude that no error of law appears. The judgment of the District Court is affirmed for the reasons stated in that court's order. <u>See</u> 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.